# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 11564            Purchased/Filed: December 26, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local*    Plaintiff

against

*Curry Trucking, Corp.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Lewis Sperber _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ January 7, 2008 _____, at _____ 2:00 pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1, and Complaint

on

_____ Curry Trucking, Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__
Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this

__10th__ day of _____ January, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice-Work Order # SP0800044

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179